**Brian Alan BLAKLEY, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2007–5164.**

United States Court of Appeals, Federal Circuit.

June 5, 2008.

---

* Honorable James B. Zagel, District Judge, United States District Court for the Northern District of Illinois, sitting by designation.

Robert G. Nath, Robert G. Nath, PLLC, of McLean, Virginia, argued for plaintiff-appellant.

Teresa T. Milton, Attorney, Appellate Section, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Nathan J. Hochman, Assistant Attorney General; and Thomas J. Clark, Attorney.

MAYER, Circuit Judge, PLAGER, Senior Circuit Judge and DYK, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.